Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **R.B. Dwyer Co., Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **33-0652598** |
| **4.** | **Debtor's address** | **Principal place of business** **2891 E. Miraloma Avenue** **Anaheim, CA 92806** Number, Street, City, State & ZIP Code  **Orange** County  — **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.rbdwyer.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | R.B. Dwyer Co., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **R.B. Dwyer Co., Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy page 3
Case 5:23-bk-01420-MJC Doc 1 Filed 06/26/23 Entered 06/26/23 07:38:25 Desc
Main Document Page 3 of 10

| Debtor | R.B. Dwyer Co., Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | R.B. Dwyer Co., Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2023**
MM / DD / YYYY

**X /s/ James B. Dwyer**   **James B. Dwyer**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Jeffrey Kurtzman**   Date **June 26, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Jeffrey Kurtzman**
Printed name

**Kurtzman | Steady, LLC**
Firm name

**555 City Avenue**
**Suite 480**
**Bala Cynwyd, PA 19004**
Number, Street, City, State & ZIP Code

Contact phone **(215) 883-1600**   Email address **kurtzman@kurtzmansteady.com**

**51816 PA**
Bar number and State

Debtor  **R.B. Dwyer Co., Inc.**　　　　Case number (*if known*)
　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Color Craft Flexible Packaging, LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Pennsylvania** | When  **6/26/23** | Case number, if known | | |
| Debtor | **Ideal Sleeves International, LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Pennsylvania** | When  **6/26/23** | Case number, if known | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | R.B. Dwyer Co., Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS #21004 PO BOX 0001 LOS ANGELES, CA 90096-0001 | | | | | | $98,464.94 |
| BENISON & CO., LTD 5F, NO.278 CHUNG HSIAO E. ROAD SEC 4 TAIPEI, TAIWAN ROC | | | | | | $212,391.79 |
| CA Franchise Tax Board P.O. Box 942840 Sacramento, CA 94240-0040 | | 2021 Income Tax | | | | Unknown |
| Crestmark, Div. of Metabank 5480 Corporate Drive Suite 350 Troy, MI 48098 | | | | $1,733,839.00 | $0.00 | $1,733,839.00 |
| DYNASTY CAPITAL 26, LLC 700 Canal Street, 1st Floor Stamford, CT 06902 | | | | | | $231,436.00 |
| FEDEX FREIGHT DEPT LA PO BOX 21415 PASADENA, CA 91185 | | | | | | $119,007.69 |
| HEWLETT-PACKARD FINANCIAL SERV P.O. BOX 402582 Atlanta, GA 30384-2582 | | Promissory Notes | | | | $140,974.59 |

| Debtor | R.B. Dwyer Co., Inc. | | Case number *(if known)* | |
|--------|----------------------|--|--------------------------|---|
|        | Name                 |  |                          |   |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HEWLETT-PACKARD FINANCIAL SERV** P.O. BOX 402582 Atlanta, GA 30384-2582 | | | | | | $407,873.59 |
| **ILINK BUSINESS MANAGEMENT** 8590 UTICA AVE., SUITE 100 RANCHO CUCAMONGA, CA 91730 | | | | | | $114,569.30 |
| **INDIGO AMERICA, INC.** PO BOX 415573 BOSTON, MA 02241-5573 | | | | | | $241,222.56 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | 2021 Income Tax | | | | **Unknown** |
| **JAMES DWYER** 409 Goldenrod Avenue Corona Del Mar, CA 92625 | | | | | | $664,189.00 |
| **MS INDUSTRIAL** 2406 CAMINO GALEON SAN CLEMENTE, CA 92673 | | | | | | $247,951.58 |
| **NEW SOLID INTERNATIONAL** 11F-3 NO. 189, CHI HSIEN 2nd Road KAOHSIUNG, TAIWAN ROC | | | | | | $808,138.28 |
| Oxygen Funding, Inc. 9 Orchard Road Suite 101 Lake Forest, CA 92630 | | | | $191,934.00 | $0.00 | $191,934.00 |
| Paketo Int'l. & Full Star Co., Ltd. 16 Jhongy1 2nd St., Rende District Tainan, 71753, Taiwan | | | | | | $1,613,383.00 |

| Debtor | **R.B. Dwyer Co., Inc.** | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PROSPERITY FUNDING, INC.**<br>**PO BOX 601959**<br>**CHARLOTTE, NC 28260** | | | | | | $128,631.46 |
| **Retail Capital, LLC**<br>**1501 W. Fountainhead Parkway**<br>**Suite 630**<br>**Tempe, AZ 85282** | | | | $343,461.00 | $0.00 | $343,461.00 |
| **RH Courtright, LLC**<br>**c/o Kevin M. Walsh, Jr., Esquire**<br>**600 Third Avenue**<br>**Kingston, PA 18704-5815** | | **Guaranty of affiliate lease obligation** | **Contingent Disputed** | | | $151,198.03 |
| **Zing Zang, LLC**<br>**Brent Albertson, President**<br>**400 Michigan Ave., Suite 1300**<br>**Chicago, IL 60611** | | | | | | $100,000.00 |

United States Bankruptcy Court
Middle District of Pennsylvania

In re **R.B. Dwyer Co., Inc.**      Case No. _____
                       Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **R.B. Dwyer Co., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 26, 2023** | **/s/ Jeffrey Kurtzman** |
| Date | **Jeffrey Kurtzman** |
| | Signature of Attorney or Litigant |
| | Counsel for **R.B. Dwyer Co., Inc.** |
| | **Kurtzman | Steady, LLC** |
| | **555 City Avenue** |
| | **Suite 480** |
| | **Bala Cynwyd, PA 19004** |
| | **(215) 883-1600 Fax:(609) 482-8011** |
| | **kurtzman@kurtzmansteady.com** |