☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................   $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................   $       **10,124,513.65**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................   $       **10,124,513.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $       **2,269,234.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $       **564,759.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$       **5,803,045.52**

4.    Total liabilities ....................................................................................
    Lines 2 + 3a + 3b        $       **8,637,038.52**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Business Bank** | **Checking Account ending in 0503** | 0503 | $17,037.73 |
| 3.2. | **Citizens Business Bank** | **Checking Account ending in 3048** | 3048 | $4,419.79 |
| 3.3. | **Citizens Business Bank** | **Checking Account ending in 3021** | 3021 | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $21,457.52 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:      **1,307,714.03**    -    **175,904.42** = ....      **$1,131,809.61**

                       face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                       **$1,131,809.61**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** Imventory | 12/31/22 | $0.00 | | $2,408,329.09 |
| **22. Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                       **$2,408,329.09**

     Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached list for detail. | Unknown | | $497,291.80 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $497,291.80 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Truck** $5,826.00 **GMC Pick-up Truck** $53,144.00 **International Truck** $72,483.00 **MBZ S 500 Used** $47,065.00 **2017 Ford F150 Raptor** $78,636.00 | Unknown | | $257,154.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| See attached list for detail. | Unknown | $5,808,471.63 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $6,065,625.63 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **R.B. Dwyer Co., Inc.**         Case number *(If known)* **1:23-bk-01420**
<br>Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,457.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,131,809.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,408,329.09 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $497,291.80 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,065,625.63 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,124,513.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,124,513.65 |

Fill in this information to identify the case:

Debtor name **R.B. Dwyer Co., Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (if known) **1:23-bk-01420**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Crestmark, Div. of Metabank** | | **$1,733,839.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**5480 Corporate Drive**
**Suite 350**
**Troy, MI 48098**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets set forth in Schedule A/B (1st position)**

Creditor's email address, if known

Describe the lien

**Date debt was incurred**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Oxygen Funding, Inc.** | | **$191,934.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**9 Orchard Road**
**Suite 101**
**Lake Forest, CA 92630**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets set forth in Schedule A/B (2nd position)**

Creditor's email address, if known

Describe the lien

**Date debt was incurred**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Retail Capital, LLC** | Describe debtor's property that is subject to a lien | $343,461.00 | $0.00 |

Creditor's Name

**1501 W. Fountainhead
Parkway
Suite 630
Tempe, AZ 85282**

**Accounts receiveable only (3rd position)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,269,234.00** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name    **R.B. Dwyer Co., Inc.**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (if known)   **1:23-bk-01420**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336,224.00** | **Unknown** |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**CA Franchise Tax Board**
**P.O. Box 942840**
**Sacramento, CA 94240-0040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$336,224.00**     Priority amount **Unknown**

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$228,535.00**     Priority amount **Unknown**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                                 **Amount of claim**

Case 5:23-bk-01420-MJC    Doc 99    Filed 07/21/23    Entered 07/21/23 18:10:54    Desc
Main Document    Page 9 of 26

**3.1**    Nonpriority creditor's name and mailing address

**A B GRAPHIC INTERNATIONAL**
**2755 PINNACLE DRIVE**
**ELGIN, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$133.74**

---

**3.2**    Nonpriority creditor's name and mailing address

**ACTEGA NORTH AMERICA, INC.**
**1450 TAYLORS LANE**
**CINNAMINSON, NJ 08077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,616.64**

---

**3.3**    Nonpriority creditor's name and mailing address

**ADVANCED ROLLER CO.**
**212 LEWIS COURT**
**CORONA, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$425.61**

---

**3.4**    Nonpriority creditor's name and mailing address

**ALL PRINTING RESOURCES, INC**
**140 WEST LAKE DR**
**GLENDALE HEIGHTS, IL 60139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$87.05**

---

**3.5**    Nonpriority creditor's name and mailing address

**AMERI-SEAL/FORMOSA PACKAING**
**COMPANY**
**25636 Avenue Stanford**
**VALENCIA, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,045.29**

---

**3.6**    Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS #21004**
**PO BOX 0001**
**LOS ANGELES, CA 90096-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$98,464.94**

---

**3.7**    Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS #49002**
**PO BOX 0001**
**LOS ANGELES, CA 90096-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,499.86**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,674.00 |
|---|---|---|---|

**AMERICAN NON STOP LABEL CORP**
**930 S WANAMAKER AVE**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,539.38 |
|---|---|---|---|

**BALL METAL BEVERAGE CONTAINER**
**CORP**
**10 LONGS PEAK DRIVE**
**BROOMFIELD, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,265.00 |
|---|---|---|---|

**BDP INTERNATIONAL, INC.**
**P.O. BOX 8500-2295**
**PHILADELPHIA, PA 19178-2295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,296.38 |
|---|---|---|---|

**BEARINGS & DRIVES, INC.**
**1581 N. ORANGETHORPE WAY**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,391.79 |
|---|---|---|---|

**BENISON & CO., LTD**
**5F, NO.278 CHUNG HSIAO E. ROAD**
**SEC 4**
**TAIPEI, TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,707.40 |
|---|---|---|---|

**BEVSOURCE, INC.**
**219 LITTLE CANADA ROAD E., STE 100**
**ST PAUL, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,512.31 |
|---|---|---|---|

**California Choice Benefit AAM**
**7215 Parker Street**
**Suite 200**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.37 |
|---|---|---|---|

**CERTIFIED ENTERPRISES INC.**
**555 S ROSE STREET**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,322.40 |
|---|---|---|---|

**CHANGE NAME TO PRINT CHECK**
**13405 IMMANUEL RD., BLDG 2**
**PFLUGERVILLE, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,794.16 |
|---|---|---|---|

**CINTAS**
**PO BOX 29059**
**PHOENIX, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,692.28 |
|---|---|---|---|

**CITIBUSINESS CARD #8784**
**PO BOX 6004**
**SIOUX FALLS, SD 57177-6004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,336.79 |
|---|---|---|---|

**CRYSTAL VISION PKG SYSTEMS**
**23870 HAWTHORNE BLVD**
**TORRANCE, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,350.00 |
|---|---|---|---|

**CUSTOM SHEET METAL**
**2850 E. GRETTA LN UNIT G**
**ANAHEIM, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,928.97 |
|---|---|---|---|

**CYBERTRUST SOLUTIONS, INC.**
**23 SPECTRUM POINTE DR. SUITE 202**
**LAKE FOREST, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **DIAZ PALLETS LLC**<br>**7734 HALL AVE**<br>**CORONA, CA 92880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,436.00 |
|---|---|---|---|
| | **DYNASTY CAPITAL 26, LLC**<br>**700 Canal Street, 1st Floor**<br>**Stamford, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,948.40 |
|---|---|---|---|
| | **ECHO GLOBAL LOGISTICS INC.**<br>**600 W CHICAGO AVE., STE. 725**<br>**CHICAGO, IL 60654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,419.51 |
|---|---|---|---|
| | **EMC MARKETING COMPANY**<br>**1145 CAMBBRIDGE STREET**<br>**NOVATO, CA 94947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.89 |
|---|---|---|---|
| | **FEDERAL EXPRESS**<br>**P.O. BOX 7221**<br>**PASADENA, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,007.69 |
|---|---|---|---|
| | **FEDEX FREIGHT**<br>**DEPT LA**<br>**PO BOX 21415**<br>**PASADENA, CA 91185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|
| | **FILEMON MORA MONCADA/MORA**<br>**LANDSCAPING**<br>**1262 E. ARIZONA PL**<br>**ANAHEIM, CA 92805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:23-bk-01420-MJC    Doc 99    Filed 07/21/23    Entered 07/21/23 18:10:54    Desc
Main Document     Page 13 of 26

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,825.00** |
|---|---|---|---|

**FIRST CLASS FREIGHT SYSTEMS LT**
**17 MEANDERING TRAIL**
**SCARBOROUGH, ON M1B 6E8**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,702.06** |
|---|---|---|---|

**FLEXCRAFT INDUSTRIES**
**PO BOX 2098**
**NEWARK, NJ 07114**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,081.14** |
|---|---|---|---|

**G  & D TRANSPORTATION**
**1442 W 16TH STREET**
**LONG BEACH, CA 90813**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,769.54** |
|---|---|---|---|

**GATES PACKAGING, INC.**
**18304 LAKEPOINT CIRCLE**
**POINT VENTURE, TX 78645**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$670.00** |
|---|---|---|---|

**Graphbury Smart Solutions, LLC**
**1127 Royal Palm Beach Blvd. # 331**
**West Palm Beach, FL 33411**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,192.00** |
|---|---|---|---|

**H & M FOUNDRY,INC.**
**5615 LEEDS ST.**
**SOUTH GATE, CA 90280**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$455.00** |
|---|---|---|---|

**H2O BACKFLOW SERVICE**
**120 W. CARRIAGE DRIVE UNIT E**
**SANTA ANA, CA 92707**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.50 |
|---|---|---|---|

**HD DYNAMIC SOFTWARE SOLUTIONS**
**31878 DEL OBISPO, SUITE 118-480**
**SAN JUAN CAPISTRANO, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,873.59 |
|---|---|---|---|

**HEWLETT-PACKARD FINANCIAL SERV**
**P.O. BOX 402582**
**Atlanta, GA 30384-2582**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,974.59 |
|---|---|---|---|

**HEWLETT-PACKARD FINANCIAL SERV**
**P.O. BOX 402582**
**Atlanta, GA 30384-2582**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Notes**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,159.75 |
|---|---|---|---|

**HISHI PLASTICS USA INC**
**600-F Ryerson**
**LINCOLN PARK, NJ 07035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.98 |
|---|---|---|---|

**HOLLYWOOD DELIVERY SERVICE, IN**
**2828 S. WILLOW AVENUE**
**BLOOMINGTON, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,569.30 |
|---|---|---|---|

**ILINK BUSINESS MANAGEMENT**
**8590 UTICA AVE., SUITE 100**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,222.56 |
|---|---|---|---|

**INDIGO AMERICA, INC.**
**PO BOX 415573**
**BOSTON, MA 02241-5573**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,351.03 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
|      | **INLAND LABEL AND MARKETING SERVICE, LLC**<br>**2009 West Avenue South**<br>**LA CROSSE, WI 54601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,925.20 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
|      | **INLAND PAPER COMPANY**<br>**P.O. BOX 3940**<br>**ONTARIO, CA 91761-0987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664,189.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-------------|
|      | **JAMES DWYER**<br>**409 Goldenrod Avenue**<br>**Corona Del Mar, CA 92625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,244.95 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
|      | **KAMPS PALLETS**<br>**100 N. BLACK HORSE PIKE**<br>**WILLIAMSTOWN, NJ 08094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,390.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
|      | **KARLVILLE DEVELOPMENT USA, INC**<br>**3600 NW 59TH ST**<br>**MIAMI, FL 33142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,241.24 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
|      | **KLOCKNER PENTAPLAST RECEIVABLE**<br>**3585 KLOCKNER ROAD**<br>**GORDONSVILLE, VA 22942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
|      | **MARSH & MCLENNAN AGENCY**<br>**PO BOX 9496**<br>**NEW YORK, NY 10087-4496** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.90** |
|---|---|---|---|

**MCFADDEN-DALE HARDWARE CO**
**129 N. MAPLE STREET UNIT C**
**CORONA, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247,951.58** |
|---|---|---|---|

**MS INDUSTRIAL**
**2406 CAMINO GALEON**
**SAN CLEMENTE, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.16** |
|---|---|---|---|

**NAVISTAR CAPITAL**
**PO BOX 71810**
**CHICAGO, IL 60694-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$808,138.28** |
|---|---|---|---|

**NEW SOLID INTERNATIONAL**
**11F-3 NO. 189, CHI HSIEN**
**2nd Road**
**KAOHSIUNG, TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,243.28** |
|---|---|---|---|

**NEWAY PACKAGING CORP.**
**PO BOX 31001-2261**
**PASADENA, CA 91110-2261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.50** |
|---|---|---|---|

**NUMARK TRANSPORTATION**
**PO BOX 3020**
**SAN LEANDRO, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,613,383.00** |
|---|---|---|---|

**Paketo Int'l. & Full Star Co., Ltd.**
**16 Jhongy1 2nd St., Rende District**
**Tainan, 71753, Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,690.00** |
|---|---|---|---|

**PINNACLE ROLLER CO**
2147 SPRING GROVE AVE
CINCINNATI, OH 45214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.39** |
|---|---|---|---|

**PITNEY BOWES PURCHASE POWER**
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$782.78** |
|---|---|---|---|

**Principal Life Ins. Co.**
P.O. Box 10372
Des Moines, IA 50306-0372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,700.00** |
|---|---|---|---|

**PRIORITY-1, INC**
PO BOX 840808
DALLAS, TX 75284-0808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,631.46** |
|---|---|---|---|

**PROSPERITY FUNDING, INC.**
PO BOX 601959
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,595.82** |
|---|---|---|---|

**RAYMOND HANDLING SOLUTIONS,INC**
1801 W OLYMPIC BLVD
FILE 1700
PASADENA, CA 91199-1700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151,198.03** |
|---|---|---|---|

**RH Courtright, LLC**
c/o Kevin M. Walsh, Jr., Esquire
600 Third Avenue
Kingston, PA 18704-5815

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guaranty of affiliate lease obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,148.10 |
|---|---|---|---|

**Safety-Kleen Systems, Inc.**
**P.O. Box 7170**
**Pasadena, CA 91109-7170**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.85 |
|---|---|---|---|

**SHRED-IT USA**
**PO BOX 101007**
**PASADENA, CA 91189-1007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,658.52 |
|---|---|---|---|

**SIEGWERK**
**P.O. BOX 759273**
**BALTIMORE, MD 21275-9273**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,480.12 |
|---|---|---|---|

**SMYTH COMPANIES LLC**
**5417 S. 37TH STREET**
**PHOENIX, AZ 85040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,356.00 |
|---|---|---|---|

**SOCOPAC CO**
**3516 SEAGATE WAY, SUITE 150**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.27 |
|---|---|---|---|

**STAPLES ADVANTAGE**
**P.O. BOX 660409**
**DEPT LA**
**DALLAS, TX 75266-0409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,850.00 |
|---|---|---|---|

**SUNTECK TRANSPORTATION CO, LLC**
**4500 SALISBURY ROAD SUITE 305**
**JACKSONVILLE, FL 32216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**SYSPRO IMPACT SOFTWARE INC**
**1775 FLIGHT WAY, SUITE 150**
**TUSTIN, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |

**TFORCE WORLDWIDE**
**PO BOX 7410328**
**CHICAGO, IL 60674-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.28 |

**TRACO MANUFACTURING**
**620 SOUTH 1325 WEST**
**OREM, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**U.S. Attorney for the Middle Dist.**
**of Pennsylvania**
**235 N. Washington Avenue, Suite 311**
**Scranton, PA 18503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICES PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,503.62 |

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.23 |

**ULTRAPAK**
**PO BOX 2604**
**BUFFALO, NY 14240-2604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.83 |

**UNITED PARCEL SERVICE - 8E9718**
**P.O. BOX 650116**
**DALLAS, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,462.34 |
| --- | --- | --- | --- |

**USF REDDAWAY, INC.**
77720 SW MOHAWK ST. BLDG H
P O BOX 1300
TUALATIN, OR 97062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.73 |
| --- | --- | --- | --- |

**VERIZON WIRELESS**
PO BOX 660108
DALLAS, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,681.00 |
| --- | --- | --- | --- |

**VETAPHONE A/S**
FABRIKSVEJ 11
DK-6000
KOLDING, DENMARK

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,383.84 |
| --- | --- | --- | --- |

**WELLS FARGO VENDOR FIN SERV**
PO BOX 030310
LOS ANGELES, CA 90030-0310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,508.20 |
| --- | --- | --- | --- |

**WESTERN EXTERMINATOR CO**
311 N. CRESCENT WAY
ANAHEIM, CA 92801-6709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,823.13 |
| --- | --- | --- | --- |

**XPO LOGISTICS FREIGHT INC**
29559 NETWORK PLACE
CHICAGO, IL 60673-1559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |

**Zing Zang, LLC**
Brent Albertson, President
400 Michigan Ave., Suite 1300
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | R.B. Dwyer Co., Inc. | Case number (if known) | 1:23-bk-01420 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Craig Dashiell, Esquire**<br>**Lowenstein Sandler LLP**<br>**390 Lytton Avenue**<br>**Palo Alto, CA 94301** | Line **3.84**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 564,759.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,803,045.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,367,804.52 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Vehicle Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **BMO Harris Bank, N.A.** <br> **300 E. John Carpenter Freeway** <br> **Irving, TX 75062-2712** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Separation Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **David Conley** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease and Financing Agreements - Master Agreement Number 2709417374**<br><br>**Schedule Number 2709417374000003**<br>**Schedule Number 2709417374000004**<br>**Schedule Number 2709417374000005**<br>**Schedule Number 2709417374000006**<br>**Schedule Number 2709417374000007**<br>**Schedule Number 2709417374000008**<br>**Schedule Number 2709417374000009** | |
| | State the term remaining | | **HEWLETT-PACKARD FINANCIAL SERV**<br>**P.O. BOX 402582**<br>**Atlanta, GA 30384-2582** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | **10/31/23** | **MS Parners (MS Industrial)**<br>**80-634 Hermitage**<br>**La Quinta, CA 92253** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name     **R.B. Dwyer Co., Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)     **1:23-bk-01420**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **James B. Dwyer** | | **Crestmark, Div. of Metabank** | ■ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **James B. Dwyer** | | **Oxygen Funding, Inc.** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **James B. Dwyer** | | **Retail Capital, LLC** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **James B. Dwyer** | | **HEWLETT-PACKARD FINANCIAL SERV** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.3** |
| 2.5 | **James B. Dwyer** | | **MS Parners (MS Industrial)** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  **2.4** |

Official Form 206H                          Schedule H: Your Codebtors                          Page 1 of 2

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |